# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 08-1932-ABC (PJW) | Date | June 15, 2010 |
|---|---|---|---|
| Title | *Francisco Leanos v. T. Felker, Warden* | | |

Present: The Honorable   PATRICK J. WALSH

| Celia Anglon-Reed | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:**   Status Request (In Chambers)

The Court has received and filed Petitioner's letter dated May 31, 2010. Petitioner's case is under submission. The Court will issue a report and recommendation as soon as practicable.

cc:

Francisco Leanos  
V-46937  
H.D.S.P.  
Box 3030  
Susanville, CA 96127

Raquel M. Gonzalez  
Deputy Attorney General  
110 West A St., Ste. 1100  
San Diego, CA  92101

S:\PJW\Cases-State Habeas\LEANOS, F 1932\MO_ltr req status2.wpd

                                                                                        : 
                                                                              Initials of Preparer