UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO LEANOS, | Case No. ED CV 08-1932-ABC (PJW) |
| Petitioner, | JUDGMENT |
| v. | |
| T. FELKER, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 14, 2011

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\ED CV 08-1932 ABC (AJW) Judgment.wpd